2005-02291
FILED
August 10, 2005
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000237281

4

JOHN D. MAXEY (SBN: 117617)
DUDUGJIAN & MAXEY
A LAW CORPORATION
13 SIERRAGATE PLAZA BLDG B
ROSEVILLE, CALIFORNIA 95678
Telephone: (916) 786-7272

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 00-30874-B-13J |
| JEFFREY C. SARAGOZA AND DIANA SARAGOZA, | Chapter 13 |
| Debtors. | Adversary No. |
| JEFFREY C. SARAGOZA AND DIANA SARAGOZA, | **COMPLAINT TO AVOID A LIEN AGAINST DEBTORS' PERSONAL RESIDENCE (Bankruptcy Rule 7001(2))** |
| Plaintiffs, | |
| vs. | |
| ALASKA EASTERN PARTNERS, A LIMITED PARTNERSHIP; SECURITY NATIONAL PROPERTIES SERVICING COMPANY, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; T. D. SERVICE COMPANY | |
| Defendants. | |

JEFFREY C. SARAGOZA and DIANA SARAGOZA hereby allege:

1

1. Plaintiffs JEFFREY C. and DIANA SARAGOZA (hereinafter "SARAGOZA") or "Plaintiffs") are, and at all times mentioned herein were, residents of the County of San Joaquin, State of California, and are the debtors in this proceeding.

2. Defendant ALASKA EASTERN PARTNERS, A LIMITED PARTNERSHIP (hereinafter "ALASKA") is, and at all material times herein was, a limited partnership organized as a Sales Finance Company in the State of Alaska and qualified to do business in California, with a principal place of business at 323 Fifth Street, Eureka, CA 95501.

3. Defendant SECURITY NATIONAL PROPERTIES SERVICING COMPANY, LLC (hereinafter "SECURITY") is, and at all material times herein was, a limited liability company organized in the State of Alaska and qualified to do business in California, with a principal place of business at 323 Fifth Street, Eureka, CA 95501. SECURITY is the servicing agent for ALASKA.

4. Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (hereinafter "MERS") is, and at all material times herein was, a corporation organized and existing in the State of Michigan, and is the assignee of the subject mortgage loan.

5. Defendant T. D. SERVICE COMPANY (hereinafter "TD SERVICE") is, and at all material times herein was, a corporation organized and existing in the State of California, with a principal place of business at 1820 East First Street, Ste. 300, Santa Ana, CA 92705. TD SERVICE the servicing agent for MERS.

6. This adversary proceeding arises out of and relates to the chapter 13 case of SARAGOZA, Case No. 00-30874 on the docket of this court. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(K).

7. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code

on September 29, 2000, thereby commencing this case.

**FIRST CLAIM FOR RELIEF**

Plaintiffs allege as and for a First Cause of Action against defendants and each of them as follows:

8. Plaintiffs hereby incorporate by reference paragraphs 1 through 7 as though set forth in their entirety herein.

9. On or about November 7, 1996, SARAGOZA executed a promissory note for $30,000, secured by a deed of trust on SARAGOZA'S residence in Lodi, California. The deed of trust was assigned to MERS and an Assignment of Deed of Trust was recorded on April 30, 2004. A true and correct copy of the Assignment of Deed of Trust is attached hereto as Exhibit "A" and incorporated herein by this reference.

10. An Order Confirming Amended Plan and Valuing Collateral was filed herein on January 30, 2001. The Confirmed Plan granted Debtors' motion to value the collateral of ALASKA at $0.00 and the deficiency treated as a general unsecured claim. The Confirmed Plan provided for 0% to general unsecured creditors. ALASKA and/or any of its agents or assigns did not file a proof of claim in this proceeding.

11. Thus, MERS' claim, as assignee of ALASKA, is wholly unsecured and subject to avoidance pursuant to 11 U.S.C. § 506 and *In re: Sieglinde M. Zimmer, Debtor, Zimmer v. PSB Lending Corporation* (2002) 313 F.3d 1220.

WHEREFORE, SARAGOZA prays that judgment be entered against defendants, and each of them, as follows:

1. An order avoiding that certain Deed of Trust recorded in the State of California,

1  County of San Joaquin Official Records, dated November 7, 1996 and recorded on December 6,
2  1996, as Instrument No. 96120735;

3     2.     An order avoiding that certain Assignment of Deed of Trust dated April 26, 2004 and
4  recorded April 30, 2004 as Instrument No. 2004-092956, Official Records of San Joaquin County.

5     3.     For such other and further relief as the court may deem just and proper.

DATED: August 10, 2005                       DUDUGJIAN & MAXEY
                                                            A Law Corporation

                               By:    /s/ John D. Maxey
                                       JOHN D. MAXEY
                                       Attorneys for Debtors/Plaintiffs

DUDUGJIAN & MAXEY
A Law Corporation
13 SierraGate Plaza Bldg. B
Roseville, CA 95678