Filed 08/12/05   Case 05-02291

FILED
August 12, 2005
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000239038

Dec 6

3

JOHN D. MAXEY (SBN: 117617)
DUDUGJIAN & MAXEY
A LAW CORPORATION
13 SIERRAGATE PLAZA BLDG B
ROSEVILLE, CALIFORNIA  95678
Telephone: (916) 786-7272

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| In re:<br><br>JEFFREY C. SARAGOZA AND DIANA SARAGOZA,<br><br>    Debtors. | Case No. 00-30874-B-13J<br><br>Chapter 13<br><br>Adversary No. 05-02291 |
| JEFFREY C. SARAGOZA AND DIANA SARAGOZA,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALASKA EASTERN PARTNERS, A LIMITED PARTNERSHIP; SECURITY NATIONAL PROPERTIES SERVICING COMPANY, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; T. D. SERVICE COMPANY<br><br>    Defendants. | |

/////

**EXHIBITS IN SUPPORT OF COMPLAINT TO AVOID
A LIEN AGAINST DEBTORS' PERSONAL RESIDENCE**

| EXHIBIT | TITLE/DESCRIPTION | NO. OF PAGES |
|---|---|---|
| A | Assignment of Deed of Trust | 1 |

Recording Requested By:
T.D. SERVICE COMPANY

And When Recorded Mail To:
T.D. Service Company
1820 E. First St., Suite 300
Santa Ana, CA 92705

DOC # 2004-092956
04/30/2004 10:18A Fee:9.00
Page 1 of 1
Recorded in Official Records
County of San Joaquin
GARY W. FREEMAN
Assessor-Recorder-County Clerk
Paid by SHOWN ON DOCUMENT

_____Space above for Recorder's use_____

MERS MIN#: 1000305-0000074248-7   PHONE#: (888) 679-6377
Customer#: 574   Service#: 2652754AS1
Loan#: 074248

### ASSIGNMENT OF DEED OF TRUST

For good and valuable consideration, the sufficiency of which is hereby acknowledged, ALASKA EASTERN PARTNERS, A LIMITED PARTNERSHIP, C/O SN SERVICING CORPORATION 3665 BLECKLEY MATHER CA 95655-0000. For VALUE RECEIVED, The undersigned hereby grants, assigns, and transfers to, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., PO BOX 2026 FLINT MI 48501-2026 assignee, all beneficial interest under that certain deed of trust, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon. Said Deed of trust for $30,000.00 is recorded in the State of CALIFORNIA, County of SAN JOAQUIN Official Records, dated NOVEMBER 07, 1996 and recorded on DECEMBER 06, 1996, as Instrument No. 96120735, in Book No. ---, at Page No. ---.

Executed by JEFF C. SARAGOZA, I AND DIANAN SARAGOZA, as trustors, FIRST AMERICAN TITLE INSURANCE COMPANY, as trustee and, FIRST CONSUMERS MORTGAGE, INC. as the original beneficiary. Legal Description: As more fully described in said Deed of Trust.
Date: APR 2 6 2004
ALASKA EASTERN PARTNERS, A LIMITED PARTNERSHIP (AEP),AN ALASKA LIMITED PARTNERSHIP BY ALASKA EASTERN NEWCO, LLC (AE-NEWCO), AEP'S GENERAL PARTNER BY SECURITY NATIONAL MASTER MANAGER, LLC, AE-NEWCO'S MANAGER

By: _____
Julie M. Kidder, Assistant Secretary

State of CALIFORNIA)
County of ORANGE) ss.

On APR 2 6 2004, before me, C. Batts, personally appeared Julie M. Kidder, Assistant Secretary personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the Instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
Witness my hand and official seal.

_____
(Notary Name): C. Batts

C. BATTS
COMM. # 1331734
NOTARY PUBLIC CALIFORNIA
ORANGE COUNTY
My comm. exp. Nov. 23, 2005